## RUTLEDGE v. STATE.

No. 18587.

Court of Criminal Appeals of Texas.

Nov. 18, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for possessing intoxicating liquor for the purpose of sale in a dry territory; penalty assessed at a fine of $100.

The information appears regular. The record is before this court without statement of facts or bills of exception.

No error has been perceived or pointed out.

The judgment is affirmed.